UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LEIGHA RYBNICK,** | : CIVIL ACTION NO. |
| Plaintiff and Counterclaim Defendant, | : 3:12-cv-00409 (VLB) |
| **VS.** | : |
| **WELLS FARGO BANK, NA, AS TRUSTEE OF OPTION ONE MORTGAGE LOAN TRUST 2007-FXD1 ASSET-BACKED CERTIFICATE SERIES 2007-FXD1** | : |
| Defendant and Counterclaim Plaintiff. | : AUGUST 10, 2012 |

## DECLARATION OF COUNSEL

**ANNE E. TREVETHICK**, hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1. I am a member in good standing of the Bar of this Court and an attorney associated with the firm of Day Pitney LLP, counsel to the Defendant/Counterclaim Plaintiff Wells Fargo Bank, N.A., as Trustee of Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates Series 2007-FXD1 ("Wells Fargo"). I submit this declaration in support of Wells Fargo's Motion for a Telephonic Discovery Conference, dated August 10, 2012.

2. Pursuant to Rule 37(a)(2) of the Local Civil Rules of this Court, I hereby declare that I have attempted to confer in good faith with counsel for Plaintiff/Counterclaim-Defendant Leigha Rybnick ("Rybnick") to eliminate or resolve this dispute without court intervention. Specifically, on August 3, 2012, I wrote counsel for Rybnick, outlining my issues with Rybnick's responses to Wells Fargo's written discovery, and asked that he call me upon his August 6,

2012 expected return.  I attempted to reach counsel for Rybnick again on August 8, 2012 and August 9, 2012, leaving messages for him on both days.

    3.    To date, I have not received any response to my August 3, 2012 letter or the messages I left with counsel for Rybnick on August 8, 2012 and August 9, 2012.

Executed:    August 10, 2012
                    Hartford, Connecticut

                              /s/ Anne E. Trevethick
                              Anne E. Trevethick (ct#28622)